**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Herbert McDowell, Appellant.

Appellate Case No. 2011-182926

––––––––––––

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge

––––––––––––

Unpublished Opinion No. 2013-UP-383
Submitted September 1, 2013 – Filed October 9, 2013

––––––––––––

**APPEAL DISMISSED**

––––––––––––

Appellate Defender Robert M. Pachak, of Columbia; and Hebert McDowell, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.

––––––––––––

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.